# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MIGUEL ANGEL CANALES, | ) |
| Petitioner, | ) |
| v. | ) 4:13-cv-0868-LSC-JEO |
| ERIC HOLDER, Attorney General, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 to challenge continued detention pending the petitioner's ordered removal pursuant to the Immigration and Nationality Act. It comes to be heard on the Respondents' motion to dismiss as moot. (Doc. 9). The court concludes that the motion is due to be granted.

In support of their motion, the respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by a Supervisory Detention and Deportation Officer of the U.S. Immigration and Customs Enforcement facility at Gadsden, Alabama. (Doc. 9-1). In that declaration it is shown that the petitioner was deported from the United States on August 30, 2013 (*Id.*). Thus, the petitioner's claim for release under an order of supervision or for repatriation is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) Accordingly, this matter is due to be dismissed as moot. A separate order will be entered.

Done this 18th day of September 2013.

                                      L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE
                                                                [160704]